# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CASEY, | Case No.: 1:15-CV-01899 - DAD - JLT |
| Plaintiff, | ORDER AFTER MID-DISCOVERY STATUS CONFERENCE |
| v. | |
| DNOW, L.P., | |
| Defendant. | |

On June 22, 2016, the Court held the mid-discovery status conference. At the hearing, Counsel reported that they are working through obtaining a new deposition date for the plaintiff. Likewise, they are continuing to meet and confer related to the document request the plaintiff has propounded. Because the plaintiff has set the deposition of the entity on August 1, 2016, it is imperative that this dispute be resolved quickly so the documents will be available at that time.

Thus, counsel SHALL continue in their meet and confer efforts related to the production request. In the event they are unable to resolve the matter, as soon as possible they SHALL request an informal telephonic conference with the Court which will occur no later than **July 7, 2017.** They may jointly request this conference by contacting Courtroom Deputy, Susan Hall. **At least two days before** the conference, they SHALL lodge to JLTOrders@caed.uscourts.gov an informal three to five page letter brief outlining their positions.

In the meantime, no later than **July 1, 2016**, the defendant **SHALL** supplement its

1 production to provide the documents it is prepared to provide.  The defendant is entitled to

2 preserve objections and to make the production based upon its assumption as to the terms it

3 believes are ambiguous and to limit the scope of the request to the geography and time period it

4 deems appropriate.[1]

6 IT IS SO ORDERED.

7 Dated:    **June 23, 2016**                                        **/s/ Jennifer L. Thurston**
8                                                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Whether the scope of the request will be narrowed ultimately will depend upon counsel's meet and confer efforts and, if necessary, the Court's intervention.

2