**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI CASEY, | CASE NO.:  1:15-CV-01899-DAD-JLT |
|       Plaintiff, | ~~PROPOSED~~ **ODER CONTINUING NON-EXPERT DISCOVERY CUT-OFF FROM OCTOBER 14, 2016 TO NOVEMBER 14, 2016** |
|     vs. | |
| DNOW, L.P., and Does 1-25, | (Doc. 25) |
|       Defendants. | |

The stipulation of counsel to extend the deadline to complete non-expert discovery (Doc. 25) is **GRANTED**.  All non-expert discovery **SHALL** be completed **no later than November 14, 2016**. No other amendments to the case schedule are authorized.

    **Counsel are advised that the Court will not entertain any further requests to amend the case schedule absent a showing of extraordinary good cause which does not include the unavailability of counsel.**

IT IS SO ORDERED.

  Dated:  __September 19, 2016__           ____/s/ Jennifer L. Thurston__
                                   UNITED STATES MAGISTRATE JUDGE