Christopher E. Moore, LA Bar No. 26430 (Admitted *Pro Hac Vice*)
christopher.moore@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA  70139
Telephone:    504.648.3840
Facsimile:    504.648.3859

Christian J. Keeney, CA Bar No. 269533
christian.keeney@ogletreedeakins.com
Natalie Alameddine, CA Bar No. 296423
natalie.alameddine@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714.800.7900
Facsimile:    714.754.1298

Attorney for Defendant
DNOW, L.P.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI CASEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DNOW, L.P., AND DOES 1-25, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01899-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING *REVISED* STIPULATION AS MODIFIED BY THE COURT TO CONTINUE EXPERT DISCOVERY AND MOTION DEADLINES**<br><br>(Doc. 32) |

Upon consideration of the Parties' *Revised* Joint Stipulation to Continue Expert Discovery and Motion Deadlines, and good cause appearing therefor, the Court orders that:

The expert discovery, non-dispositive motion, and dispositive motion deadlines are continued as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Last day to Initiate MSJ Meet and | January 26, 2017 | February 16, 2017 |

1

**[PROPOSED] ORDER GRANTING *REVISED* STIPULATION TO CONTINUE EXPERT DISCOVERY AND MOTION DEADLINES**

| | | |
|---|---|---|
| Confer and provide Statement of Undisputed Facts | | |
| Last day to Meet and Confer re MSJ | January 31, 2017 | February 21, 2017 |
| Expert Discovery Cutoff | December 16, 2016 | February 22, 2017 |
| Last day to file/serve Non-Dispositive Motion | January 9, 2017 | February 28, 2017 |
| Last day to file/serve Dispositive Motion | February 21, 2017 | March 14, 2017 |
| Last day to hear all Non-Dispositive pre-trial motions | February 6, 2017 | April 18, 2017 |
| Last day to Hear Dispositive Motions | April 4, 2017 | April 18, 2017 |

**ORDER**

Good cause appearing, the Court **ORDERS** the case schedule amended as follows:

1. The parties **SHALL** complete all discovery related to experts no later than **February 22, 2017**;

2. Non-dispositive motions **SHALL** be filed no later than **February 22, 2017** and heard no later than **March 22, 2017**;

3. Dispositive motions[1] **SHALL** be filed no later than **March 7, 2017** and heard no later than **April 4, 2017.**

**No other amendments to the case schedule are authorized and the Court is not inclined to consider any further amendments to the case schedule.**

IT IS SO ORDERED.

   Dated:   **December 2, 2016**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The dates proposed by counsel for the dispositive motions fail to allow at least six weeks between the hearing date and the pretrial conference.  Thus, the Court has modified this here.

2
**[PROPOSED] ORDER GRANTING *REVISED* STIPULATION TO CONTINUE EXPERT DISCOVERY AND MOTION DEADLINES**