KATHLEEN M. HARTMAN, Esq. (SBN 219934)
RANDY HY, Esq. (SBN 290395)
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel : (949) 261-2872
Fax : (949) 261-6060
Email : khartman@ctsclaw.com

Attorneys for Plaintiff **LORI CASEY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CASEY,<br><br>Plaintiff,<br><br>vs.<br><br>DNOW, L.P., and Does 1-25,<br><br>Defendants. | CASE NO.: 1:15-CV-01899-DAD-JLT<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE DALE A. DROZD<br>COURTROOM 5<br>MAGISTRATE JUDGE JENNIFER L. THURSTON<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REBUTTAL EXPERT WITNESS DISCLOSURES**<br><br>COMPLAINT FILED: 11/12/2015<br>TRIAL DATE: 07/10/2017 |

### JOINT STIPULATION

On December 29, 2016, Plaintiff LORI CASEY ("Plaintiff") filed a Motion to Strike Defendant DNOW, L.P.'s ("Defendant") Rebuttal Expert Witness Disclosures, to be heard on February 1, 2017. On January 6, 2017, the Court continued the hearing on Plaintiff's Motion to February 7, 2017.

Both parties previously agreed to participate in private mediation with mediator Lisa Klerman on February 15, 2017. After meeting and conferring with regard to Plaintiff's Motion, Plaintiff and Defendant (collectively, the "Parties") have agreed to continue the hearing on Plaintiff's Motion until after completion of the mediation, so as to reserve the resources of the Court and the Parties in the event that a successful settlement is reached during mediation.

THEREFORE, Plaintiff LORI CASEY and Defendant DNOW, L.P., by and through their undersigned counsel, hereby stipulate as follows:

1. The hearing on Plaintiff's Motion to Strike Defendant's Rebuttal Expert Witness Disclosures shall be continued to March 7, 2017.

2. This Joint Stipulation may be executed in counterparts. Facsimile or electronic signatures shall have the same force and effect as originals.

**SO STIPULATED AND AGREED.**

DATED: January 18, 2017           **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

By       */s/ Kathleen M. Hartman*
KATHLEEN M. HARTMAN
RANDY HY
Attorneys for Plaintiff
**LORI CASEY**

DATED: January 18, 2017           **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By       */s/ Christian J. Keeney*
CHRISTOPHER E. MOORE
CHRISTIAN J. KEENEY
NATALIE R. ALAMEDDINE
Attorneys for Defendant
**DNOW, L.P.**

## **ORDER**

The Court, having reviewed and considered the foregoing Stipulation and finding good cause therefore, ORDERS as follows:

The hearing on Plaintiff's Motion to Strike Defendant's Rebuttal Expert Witness Disclosures (Doc. 34) is continued to March 7, 2017, at 9:30 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **January 18, 2017**

UNITED STATES DISTRICT JUDGE