# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CASEY,<br><br>        Plaintiff,<br><br>    v.<br><br>DNOW, L.P.,<br><br>        Defendant. | Case No.: 1:15-cv-01899 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 56) |

On May 9, 2017, the plaintiff filed a notice of settlement. (Doc. 56) Therefore, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than June 23, 2017;

2. All pending dates, conferences and hearings are **VACATED** and the motion for summary judgment is **MOOT**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: **May 10, 2017**            **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE