# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CASEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DNOW, L.P.,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-01899 DAD JLT<br><br>ORDER CLOSING CASE<br><br>(Doc. 58) |

On June 22, 2017, the parties filed a stipulation to dismiss the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Because all parties who have appeared in the action signed the stipulation (Doc. 32), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

　Dated:　**June 23, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE